CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 9 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 7:07-cr-00003 |
| | ) | (Civil Action No. 7:10-cv-80225) |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| LETTY MELLOR, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the motion to dismiss filed by the defendant shall be and hereby is **GRANTED**.

The Clerk is directed to strike this case from the active docket of the court. The Clerk is further directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 8th day of September, 2010.

_____
Chief United States District Judge